FILED
October 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-02632-LS** |
| | § | |
| **Plaintiff,** | § | **INDICTMENT** |
| | § | |
| **v.** | § | **CT 1: 21:963-Conspiracy to Import a** |
| | § | **Controlled Substance;** |
| **EDWIN ARMENDARIZ,** | § | **CT 2: 21:952(a)-Importation of a** |
| | § | **Controlled Substance;** |
| **Defendant.** | § | **CT 3: 21:846 & 841(a)(1)-Conspiracy to** |
| | § | **Possess a Controlled Substance with** |
| | § | **Intent to Distribute;** |
| | § | **CT 4: 21:841(a)(1)-Possession with Intent** |
| | § | **to Distribute a Controlled Substance** |
| | § | |
| | § | ***Notice of Government's Demand for*** |
| | § | ***Forfeiture*** |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about September 26, 2026, in the Western District of Texas, Defendant,

**EDWIN ARMENDARIZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 963, that is to say, the Defendant conspired to import a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) and the quantity of cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 5 kilograms or more of a mixture or substance

containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1) and 960(b)(1)(B)(ii).

**COUNT TWO**

On or about September 26, 2026, in the Western District of Texas, Defendant,

**EDWIN ARMENDARIZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii).

**COUNT THREE**

On or about September 26, 2026, in the Western District of Texas, Defendant,

**EDWIN ARMENDARIZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed, with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Section 841(a)(1) and the quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT FOUR

On or about September 26, 2026, in the Western District of Texas, Defendant,

**EDWIN ARMENDARIZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Drug Violation and Forfeiture Statutes**
**[Title 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B)(ii), 846, 841(a)(1) and 841(b)(1)(A)(ii), subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]**

As a result of the criminal violations set forth above, the United States gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which states:

**Title 21 U.S.C. § 853. Criminal Forfeitures**
**(a) Property subject to criminal forfeiture**

* * *

**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney



Rev. 2017-11-30