**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO: EP:26-CR-02632 (1)LS** |
| | § | |
| **EDWIN ARMENDARIZ** | § | |

**MOTION TO APPOINT PRIVATE INVESTIGATOR**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **EDWIN ARMENDARIZ**, by and through his attorney of record, JOSE E. TROCHE, and moves this Court to provide for expenses of investigation and in support thereof would show the Court as follows:

**I.**

Defendant is charged with the offenses of Conspiracy to Import a Controlled Substance; Importation of a Controlled Substance; Conspiracy to Posses a Controlled Substance with Intent to Distribute and Possession with Intent to Distribute a Controlled Substance.

**II.**

Defendant is indigent and without funds to retain a private investigator.

**III.**

In order to properly prepare this case, counsel for Defendant will be required to hire a private investigator to interview witnesses on the Defendant's behalf.

**IV.**

That due to the serious nature of the allegations herein, it is imperative that Defense Counsel have available adequate funds to secure the service of a private investigator.

**V.**

The undersigned counsel has consulted with **John Guerrero, a State Licensed Private**

**Investigator**, regarding this matter. John Guerrero has an extensive background in the areas the subject of this case and is willing to assist in the investigation matters, provided they are appointed by this Honorable Court.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Honorable Court authorize reasonable funds in order to permit the Defendant to hire a private investigator to assist him in the investigation and preparation of her defense and that the Court authorize and direct the federal auditor to pay said costs of such services.

Respectfully submitted,

**LAW OFFICE OF**
**JOSE E. TROCHE**
1216 Montana Ave.
El Paso, Texas 79902
(915) 838-8114
(915) 542-2341 Facsimile

By:__/s/_ *Jose E. Troche* ______
State Bar No. 20232500

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ms. Allyson Saperstein allyson.saperstein@usdoj.gov Assistant U.S. Attorney, 700 East San Antonio, 2nd Floor, El Paso, Texas 79901.

*/s/ Jose E. Troche*
JOSE E. TROCHE